NICHOLAS TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
Shaheen P. Torgoley
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Shaheen.Torgoley@usdoj.gov
*Attorneys for the United States*

____ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 8230 WEST SAHARA AVENUE, SUITE 111, LAS VEGAS, NEVADA | Magistrate No. 2:17-mj-1169-PAL<br><br>**MOTION TO UNSEAL** |

The United States of America, by Nicholas Trutanich, United States Attorney, and Shaheen P. Torgoley, Assistant United States Attorney, herby moves this Court for an Order to unseal the Application, Warrant, and Order for a search warrant.

The warrant and affidavit were issued by this Court on December 5, 2017, and sealed at that time to protect the integrity of an ongoing investigation. Subsequently, the investigation resulted in a criminal complaint arising in the U.S. District Court, Southern District of Florida, in Case No. 19-8182-DLB. The Government seeks to unseal the above captioned matter so that the referenced documents can be provided in discovery.

DATED this 28th day of June, 2019.

Nicholas Trutanich
United States Attorney

/s/ Shaheen P. Torgoley
Shaheen P. Torgoley
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN THE MATTER OF THE SEARCH OF 8230 WEST SAHARA AVENUE, SUITE 111, LAS VEGAS, NEVADA

Magistrate No. 2:17-mj-1169-PAL

**ORDER TO UNSEAL**

Based upon the Motion of the Government, and good cause appearing therefore, the Court finds that the above captioned matter and all documents filed therein shall be unsealed.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2019